In the Matter of the Application of Vaughn W. Dutton, for a Certiorari Order against Charles L. Pringle, Oneida County Comptroller.— Certiorari order dismissed and determination of Oneida county comptroller confirmed, with twenty-five dollars costs and disbursements. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

Sigfried Natowitz, Respondent, v. Niagara Falls Memorial Park Cemetery Association, Incorporated, Appellant.— Judgment and order reversed on the law and facts and a new trial granted, with costs to appellant to abide the event, on the grounds: *First*, that the verdict was not sustained by the evidence, whatever view may be taken of it; and *second*, that the evidence shows that the plaintiff was acting as a real estate broker and failed to prove that he was licensed as such. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Final Accounting of the First Bank and Trust Company, as Executor, etc., of Ella V. Dering, Deceased.— Decree so far as appealed from affirmed, with costs to respondents payable out of the estate. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ. [140 Misc. 357.]

Ida M. Tooley, as Administratrix, etc., of Arthur A. Tooley, Deceased, Respondent, Appellant, v. The State of New York, Appellant, Respondent. (Claim No. 21709.)*— Judgment affirmed, without costs of this appeal to either party. We think the question of contributory negligence was one of fact because the deceased was acting under the direction of his employer and might, therefore, rely upon the latter's watchfulness. All concur, except Sears, P. J., and Edgcomb, J., who dissent and vote for reversal on the law and facts and for dismissal of the claim on the ground that the refusal to find defendant's requests Nos. 9 and 10 was contrary to and against the weight of the evidence. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

Juanita Malone, Appellant, v. The State of New York, Respondent. (Claim No. 19702.) — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.